IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KATHY FRIAGA                                                                                          PLAINTIFF

      v.                                        4:14-cv-4063-BAB

CAROLYN W. COLVIN, Acting Commissioner
Social Security Administration                                                                DEFENDANT

## JUDGMENT

    Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and Plaintiff's Complaint is hereby dismissed with prejudice.  The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

    **IT IS SO ORDERED this 31st day of August, 2015.**

                                            /s/   Barry A. Bryant
                                          HON. BARRY A. BRYANT
                                          U.S. MAGISTRATE JUDGE